IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PATRICIO JARA | ) | |
| | ) | |
| v. | ) | NO. 3:20-cv-00131 |
| | ) | JUDGE RICHARDSON |
| TENNESSEE STATE UNIVERSITY | ) | |

**ORDER**

The pretrial conference commenced on October 24, 2022 and is continued to October 28, 2022 at 1:00 p.m.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE